Stock Management Corporation, Elinor Barr, Lillian Boehm, Ruth Rackman and Louise M. Sachs, Suing on Behalf of Fifth Avenue Coach Company, for Themselves, and for the Benefit of All Other Stockholders Similarly Situated Who May Come in and Contribute to the Cost of This Action, Appellants, v. W. Rufus Abbott, The Omnibus Corporation and Others, Defendants, Impleaded with John E. McCarthy, Fifth Avenue Coach Company and Others, Respondents.

No opinion.

Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse; dissenting opinion by Callahan, J.

Callahan, J. (dissenting). Under the circumstances appearing in the present record, I think it was improper to stay plaintiffs' action. It differed substantially from the prior suits in the nature of the relief sought, and there was a variance in parties defendants. While defendants are entitled to protection against a multiplicity of suits, and it is quite proper, where no substantial harm can follow, to order a stay of unnecessary additional actions, consolidation of the present action

with the existing actions would seem the more appropriate remedy in the present circumstances. The order granting the stay should be reversed, and the motion denied.

Cohn, J., concurs with Callahan, J.